UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**PNC BANK, N.A., as successor-in-interest by merger to RBC Bank (USA), as successor-in-interest to Florida Choice Bank, as successor-in-interest to Public Bank, as successor-in-interest to Peoples State Bank of Groveland**

    Plaintiff,

v.                                    Case No: 5:14-cv-20-Oc-PRL

**ROGER A. WILLIAMS, PAMELA J. WILLIAMS and WILLIAMS WAREHOUSING & RENTALS, INC.**

    Defendants.

## ORDER

This case is before the Court for consideration of the parties' Joint Motion to Abate Action (Doc. 36). The parties request a brief abatement of all pending deadlines in order to complete settlement documentation. The parties request that the brief abatement apply to all pretrial dates, trial dates, and the deadline to file a notice pursuant to the Court's prior Order (Doc. 35) directing the parties to confer regarding Plaintiff's Motion to Compel and to file a notice within fourteen days advising whether resolution by the Court is necessary. The parties request an abatement until September 8, 2014.

Upon due consideration, the parties' Joint Motion to Abate Action (Doc. 36) is **GRANTED**. All pretrial deadlines, as established by the Case Management and Scheduling Order (Doc. 29), are stayed until **September 8, 2014**. If the parties fail to fully resolve this matter and move for dismissal before September 8, 2014, the parties shall confer and submit jointly to the

- 2 -

Court a revised proposed scheduling order for the Court's review on or before **September 18, 2014**. In the meantime, Plaintiff's Motion to Compel Discovery (Doc. 34) is **DENIED** without prejudice to the right of any party to re-raise the issues, if necessary, in a subsequent motion.

**DONE** and **ORDERED** in Ocala, Florida on July 30, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties