**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**PNC BANK, N.A., as successor-in-interest by merger to RBC Bank (USA), as successor-in-interest to Florida Choice Bank, as successor-in-interest to Public Bank, as successor-in-interest to Peoples State Bank of Groveland**

    Plaintiff,

v.                                                   Case No: 5:14-cv-20-Oc-PRL

**ROGER A. WILLIAMS, PAMELA J. WILLIAMS and WILLIAMS WAREHOUSING & RENTALS, INC.**

    Defendants.

## ORDER

This case is before the Court on the Plaintiff's unopposed Motion to Substitute Party Plaintiff and Amend Case Caption (Doc. 40). Plaintiff/Assignor requests entry of an order substituting Brigitte Dermaut and Stefan J. Boone, as successor by assignment from the Assignor (the "Assignees"), as the plaintiffs in this action, and amending the case caption accordingly. Plaintiff recites that the Assignees purchased the loan documents, including the promissory notes and mortgages that form the basis of this action, from the Assignor, and are thus the real parties in interest. Plaintiff's motion is unopposed.

Accordingly, upon due consideration, Plaintiff's Motion to Substitute Party (Doc. 40) is **GRANTED**, and Assignees Brigitte Dermaut and Stefan J. Boone shall be substituted as the Plaintiffs in this action. The Clerk is directed to take all steps necessary to effectuate the substitution and to amend the case caption in accordance with this Order.

Upon notification by the Clerk, however, counsel for the Assignees, Leah Kyer, Esq., is not a member of the bar of the Middle District of Florida.  Pursuant to Local Rule 2.02(d), Leah Kyer, Esq., is granted temporary admission to the Bar of the Middle District of Florida, provided that counsel immediately applies for admission to the Middle District of Florida.  Leah Kyer, Esq., shall be granted temporary admission to represent Plaintiffs in this action for 30 days or until counsel has obtained general admission to the Bar of this Court, whichever is earlier.  Failure to obtain general admission to the Bar of this Court within 30 days will result in the Court terminating Leah Kyer as counsel of record for Plaintiffs.  The Clerk is directed to mail a copy of this Order directly to Ms. Kyer at her professional address listed in Plaintiff's Motion (Doc. 40).

**DONE** and **ORDERED** in Ocala, Florida on April 16, 2015.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties